```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 24517
   SHARON FRANCES LIDDELL
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-6089

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/21/2005 and was confirmed 08/22/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  10.00% from remaining funds.

      The case was converted to chapter 7 after confirmation 01/20/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED          12900.00       1347.68       12900.00
WELLS FARGO AUTO FINANCE  UNSECURED         3496.96           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          6125.18           .00        3252.30
BOWMAN HEINTZ BOSCIA & M  NOTICE ONLY      NOT FILED         .00            .00
BOYAJIAN LAW OFFICES      NOTICE ONLY      NOT FILED         .00            .00
FAIRLANE CREDIT LLC       UNSECURED         8383.24          .00            .00
INO VISION                UNSECURED        NOT FILED         .00            .00
AT & T BANKRUPCTY         UNSECURED          111.57          .00            .00
FIRST CONSUMERS NB        UNSECURED         1158.61          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         4023.41          .00            .00
SELECT LEGAL PC           DEBTOR ATTY        800.00                       800.00
TOM VAUGHN                TRUSTEE                                       1,137.02
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              19,437.00

PRIORITY                                   3,252.30
SECURED                                   12,900.00
    INTEREST                               1,347.68
UNSECURED                                       .00
ADMINISTRATIVE                               800.00
TRUSTEE COMPENSATION                       1,137.02
DEBTOR REFUND                                   .00
                     ---------------     ---------------
TOTALS               19,437.00            19,437.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 24517 SHARON FRANCES LIDDELL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/17/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE